McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700
Fax:  (916) 554-2900
KATHERINE R. LOO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94102
Telephone:  (916) 977-8943
Fax: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY RIVES, | No. 2:05-CV-01900-PAN (JFM) |
| Plaintiff, | STIPULATION AND ORDER |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate as follows:

1) A confidential record, pertaining to a different claimant than the plaintiff in this case, is found at pages 252-53 of the Certified Administrative Transcript.

2) Said record is relevant to this case, in that it is referenced as an attachment to a letter written by Claimant's/Plaintiff's counsel to the Appeals Council (see Tr. 251); however, said record contains identifying information which is not relevant to this case.

RIVES v. Barnhart
Redaction Stip. & Order
2:05-cv-01900-PAN (JFM)

**1**

3) The above-mentioned identifying information will be redacted from pages 252-53 of the Certified Administrative Transcript and all copies thereof.

4) The above-mentioned identifying information will not be disclosed to anyone, nor will it be a basis for a claimed error.

DATE: November 22, 2006        /s/ Rick Peasley (as authorized on November 22, 2006)
                               RICK PEASLEY
                               Attorney at Law

                               Attorney for Plaintiff

DATE: November 22, 2006        McGREGOR W. SCOTT
                               United States Attorney
                               BOBBIE J. MONTOYA
                               Assistant U.S. Attorney

                       By:     /s/ Bobbie J. Montoya for
                               KATHERINE R. LOO
                               Special Assistant U.S. Attorney

                               Attorneys for Defendant

OF COUNSEL:
LUCILLE GONZALES MEIS
CHIEF COUNSEL, REGION IX
UNITED STATES SOCIAL SECURITY ADMINISTRATION

ORDER

APPROVED AND SO ORDERED.

DATED: December 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

13/Moulds Social Security CasesRives.stipord.redactAT.ss.wpd

RIVES v. Barnhart
Redaction Stip. & Order
2:05-cv-01900-PAN (JFM)                    **2**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RIVES v. Barnhart
Redaction Stip. & Order
2:05-cv-01900-PAN (JFM)

**3**